O. NELSON RUSHWORTH and Another, as Executors and Trustees under the Last Will and Testament of FLORENCE JANE WHIPPLE, Deceased, Respondents, v. FLORENCE AGNES LEONE POWERS, Appellant, LEONARD J. FIELD and Another, Respondents, and Others, Defendants.— Judgment affirmed, with costs to respondents-executors. All concur. (The judgment impressed a lien upon real and personal property of the estate for money borrowed by plaintiffs for the benefit of the estate.) Present — Sears, P. J., Taylor, Edgcomb, Thompson and Lewis, JJ. [149 Misc. 401.]

CHARLES A. WHITE, as Administrator, etc., of JAMES MACDONALD, Deceased, Respondent, v. THE ARNER COMPANY, INC., Appellant.— Order affirmed, with ten dollars costs and disbursements. All concur. (The order grants a motion for examination of defendant for purpose of framing a complaint.) Present — Sears, P. J., Taylor, Thompson, Crosby and Lewis, JJ.

In the Matter of Proving the Last Will and Testament of ANNA M. JONES, Deceased.— Decree so far as appealed from affirmed, with costs. All concur. (The decree admits will to probate.) Present — Sears, P. J., Taylor, Thompson, Crosby and Lewis, JJ.

THE ARCADE AND ATTICA RAILROAD CORPORATION, Respondent, v. THOMAS ALOE and Others, Respondents, and RICHARD HAMBRUCH and Others, Appellants. — Judgment so far as appealed from affirmed, with one bill of costs. All concur. (The judgment so far as appealed from disallows mechanics' liens.) Present — Sears, P. J., Taylor, Thompson, Crosby and Lewis, JJ.

DOROTHY MYERS, Respondent, v. FRANKLIN D. CLARE, Appellant.— Judgment and order affirmed, with costs. All concur. (The judgment awards damages for personal injuries in an automobile negligence action. The order denies motion for a directed verdict and new trial on the minutes.) Present — Sears, P. J., Taylor, Thompson, Crosby and Lewis, JJ.

RUTH HALL, Respondent, v. FRANKLIN D. CLARE, Appellant.— Same decision and like cause of action as in companion case (*Myers* v. *Clare*, *ante*, p. 885). Present — Sears, P. J., Taylor, Thompson, Crosby and Lewis, JJ.

In the Matter of the Proceeding under the Grade Crossing Elimination Act, for the Elimination of the Existing Highway-Railroad Crossings at Grade of the Railroad Operated by THE PENNSYLVANIA RAILROAD COMPANY and INDIAN CHURCH ROAD, AURORA AVENUE and OLEAN STREET, Located, etc., in the TOWN OF WEST SENECA, ERIE COUNTY (Case No. 6583).— Orders affirmed, with costs. All concur. (One order provides for elimination of a grade crossing. The second order affirms previous order.) Present — Sears, P. J., Taylor, Thompson, Crosby and Lewis, JJ.

FREDERICK T. WILLIAMS, Appellant, v. WAITT OPERATING COMPANY, INC., and Another, Respondents.— Order affirmed, with ten dollars costs. All concur, except Crosby, J., who dissents and votes for reversal and denial of the motion. (The order grants a motion to change the place of trial.) Present — Sears, P. J., Taylor, Edgcomb, Crosby and Lewis, JJ.

FRANK S. DUERMEYER and Another, Respondents, v. THE STATE OF NEW YORK, Appellant. (Claim No. 23609.) — Judgment affirmed, with costs. All concur. (The judgment awards damages for appropriation of an easement for drainage purposes.) Present — Sears, P. J., Taylor, Edgcomb, Crosby and Lewis, JJ.